**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

PERDUE PROPERTIES, LLC; BADEAUX
HOLDINGS, LLC; DIAMOND P ENTERPRISES,
INC.; RHETT STEVEN GUERIN; AND POINT
NEBO, LLC                                                                    **PLAINTIFFS**

V.                                                    **CIVIL ACTION NO. 5:15cv47DCB-MTP**

THE UNITED STATES OF AMERICA; BRUCE
HAM; WAYNE SMITH; 17, LLC; SCOTT LINDSEY,
INDIVIDUALLY AND AS *DEFACTO* PARTNER IN THE
ENTITY THAT IS THE SUCCESSOR-IN-INTEREST OF 17, LLC;
JOHN ANDREW GRIFFIN, INDIVIDUALLY AND AS *DEFACTO*
PARTNER IN THE ENTITY THAT IS THE SUCCESSOR-IN-
INTEREST OF 17, LLC; GIBSON REAL ESTATE, INC. *d/b/a*
GIBSON REALTY & LAND COMPANY; AND JOHN DOES 1-10          **DEFENDANTS**

AND

17, LLC                                                         **THIRD-PARTY PLAINTIFF**

V.

MISSISSIPPI VALLEY TITLE INSURANCE
COMPANY AND OLD REPUBLIC NATIONAL
TITLE INSURANCE COMPANY                          **THIRD-PARTY DEFENDANTS**

---

**AGREED ORDER REGARDING RESPONSE**
**TO MOTION TO COMPEL ARBITRATION**

---

This case is before the Court on 17, LLC's *ore tenus* Motion for an additional extension

of time, until March 11, 2016, to respond to the Motion to Compel Arbitration [Dkt. No. 52]

filed by Mississippi Valley Title Insurance Company and Old Republic National Title Insurance

Company.  The basis of 17, LLC's *ore tenus* Motion is that, following a settlement conference

held by this Court on February 23, 2016, the parties have continued, and are still continuing, to

discuss settlement.  Mississippi Valley Title Insurance Company and Old Republic National Title Insurance Company have no objection to the *ore tenus* Motion, because 17, LLC has stipulated, and stipulates again with its counsel's signature on this Order, that the consent of Mississippi Valley Title Insurance Company and Old Republic National Title Insurance Company to 17, LLC's request for an extension does not constitute a waiver of any arbitration rights they may hold.

**IT IS THEREFORE ORDERED** that 17, LLC has until March 11, 2016, to respond to the Motion to Compel Arbitration.

**IT IS FURTHER ORDERED** that by consenting to this order, Mississippi Valley Title Insurance Company and Old Republic National Title Insurance Company do not waive any arbitration rights they may hold.[1]

**SO ORDERED AND ADJUDGED,** this the 1st day of March, 2016.

s/David Bramlette
United States District Court Judge

---

[1] The undersigned offers no opinion at this time on the merits of the Motion to Compel Arbitration.

JM DSK01 1471198 v2
2934310-000001  01/19/2016

AGREED TO BY:


*/s Sterling Kidd*_____
D. Sterling Kidd (MB# 103670)
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
skidd@bakerdonelson.com
*Attorney for 17, LLC*


*/s Todd Burwell*_____
G. Todd Burwell (MSB #8832)
G. TODD BURWELL, P.A.
618 Crescent Boulevard, Suite 200
Ridgeland, MS 39157
Tel: (601) 427-4470
Fax: (601) 427-0189
tburwell@gtbpa.com
*Attorney for Mississippi Valley Title Insurance Company and Old Republic National Title Insurance Company*