```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

PERDUE PROPERTIES, LLC; BADEAUX
HOLDINGS, LLC; DIAMOND P ENTERPRISES,
INC.; RHETT STEVEN GUERIN; AND
POINT NEBO, LLC                                              PLAINTIFFS

VS.                           CIVIL ACTION NO. 5:15-cv-47(DCB)(MTP)

THE UNITED STATES OF AMERICA;
BRUCE HAM; WAYNE SMITH; 17, LLC;
SCOTT LINDSEY, Individually and as
de facto partner in the entity that
is the successor-in-interest of
17, LLC; JOHN ANDREW GRIFFIN,
Individually and as de facto partner
in the entity that is the successor-
in-interest of 17, LLC; GIBSON REAL
ESTATE, INC., d/b/a GIBSON REALTY &
LAND COMPANY; and John Does 1-10                             DEFENDANTS

                               ORDER

    This cause is before the Court on the plaintiffs Perdue Properties, LLC; Badeaux Holdings, LLC; Diamond P Enterprises, Inc.; Rhett Steven Guerin; and Point Nebo, LLC's motion to stay proceedings **(docket entry 109)**.

    The plaintiffs' motion seeks a temporary stay of proceedings on grounds that the plaintiffs and defendants "have been working toward a global settlement of all claims other than those asserted against the USA." All defendants have now filed responses stating that they have no opposition to the temporary stay. The United States (including the United States Forest Service, an agency within the United States Department of Agriculture), has responded "that it has no objection to the Court staying the proceedings.

The United States, however, does not waive and specifically reserves its right to subsequently challenge any assignment of rights."

The Court therefore finds that the motion to stay shall be granted.

Accordingly,

IT IS HEREBY ORDERED that the plaintiffs Perdue Properties, LLC; Badeaux Holdings, LLC; Diamond P Enterprises, Inc.; Rhett Steven Guerin; and Point Nebo, LLC's motion to stay proceedings **(docket entry 109)** is GRANTED.

The parties shall periodically inform the Court of their progress.

SO ORDERED, this the 3rd day of August, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE